UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| JEFFREY BRIAN FEINMAN | : | Misc. 08-60 (JLL) |
| An Attorney-at-Law | : | ORDER TO SHOW CAUSE |

It appearing by Order of the United States District Court for the Eastern District of Pennsylvania that JEFFREY BRIAN FEINMAN was suspended on consent from the practice of law for a period of two years, effective thirty days from December 3, 2007 and until further order of the court;

It is on this __8th__ day of __April__, 2008,

ORDERED that JEFFREY BRIAN FEINMAN show cause on Monday, May 5, 2008, why he should not be temporarily suspended from the practice of law for a period of two years, effective thirty days from December 3, 2007 and until further order of the court.

Should a respondent desire to file a written response, he must do so at least 10 days before the return date of the order to show cause. No oral argument will be held unless so ordered by the Court.

_____
U.S. District Judge