UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| JEFFREY B. FEINMAN | : | Misc. 08-60 (JLL) |
| An Attorney-at-Law | : | O R D E R |

It appearing that respondent, JEFFREY B. FEINMAN, was ordered to show cause before this court on Monday, May 5, 2008, why he should not be temporarily suspended from the practice of law before this court for a period of two years, effective thirty days from December 3, 2007 and until further Order of the Court; and

It further appearing that, as of the return date, respondent submitted a letter consenting to such discipline;

It is on this _____, day of _____, 2008,

ORDERED that JEFFREY B. FEINMAN be and he hereby is temporarily suspended from the practice of law before this Court for a period of two years, effective thirty days from December 3, 2007 and until further Order of the Court; and

It is further ORDERED that JEFFREY B. FEINMAN be and he hereby is restrained and enjoined from the practice of law before this Court during the period of suspension.

_____
GARRETT E. BROWN, JR.
Chief Judge